UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MELBA NEWBERRY, *ET AL.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | 3:23-CV-61 |
| | § | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, as trustee, | § | |
| | § | |
| Defendant. | § | |

## **STIPULATED DISMISSAL**

On July 17, 2023, the parties filed a joint stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 12.

Accordingly, it is hereby **ORDERED** that all claims asserted by any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 18th day of July, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE